■ Town of Alexandria, Appellant, v Aqua-mania, Inc., et al., Respondents. [680 NYS2d 792] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Callahan and Balio, JJ.

■ In the Matter of Rebecca B. and Another. Onondaga County Department of Social Services, Respondent; Cindy B., Appellant. [680 NYS2d 791] —Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Klim, J. (Appeal from Order of Onondaga County Family Court, Klim, J.—Terminate Parental Rights.) Present—Denman, P. J., Green, Hayes, Callahan and Balio, JJ.

■ The People of the State of New York, Respondent, v Charles Henry, Appellant. [679 NYS2d 862] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.